# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Darla Glover

**SUMMONS IN A CIVIL CASE**

**EDL**

CASE NUMBER:

**v.**

THE EMPLOYEE LONG-TERM DISABILITY
PLAN OF GOLDEN WEST and LIBERTY LIFE
ASSURANCE OF BOSTON

**CV   08        0921**

TO: (Name and address of defendant)

LIBERTY LIFE ASSURANCE OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF
THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST
175 Berkeley Street
Boston, MA 02117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Kalkin, 120791
Roboostoff & Kalkin
369 Pine Street, Suite 610
San Francisco, CA 94104

415-732-0282

an answer to the complaint which is herewith served upon you, within ⁴⁰ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

FEB 1 3 2008

DATE_____

_____
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Darla Glover

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

**V.**

THE EMPLOYEE LONG-TERM DISABILITY
PLAN OF GOLDEN WEST and LIBERTY LIFE
ASSURANCE OF BOSTON

## CV 08  0921

TO: (Name and address of defendant)

THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST
1901 Harrision Street, 4th Floor
Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Kalkin, 120791
Roboostoff & Kalkin
369 Pine Street, Suite 610
San Francisco, CA 94104

415-732-0282

an answer to the complaint which is herewith served upon you, within ²⁰  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                         FEB 1 3 2008
CLERK                                                       DATE_____

_____
(BY) DEPUTY CLERK