AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/6/2008 |
| NAME OF SERVER (PRINT) ROBERT SCHABERT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  LIBERTY LIFE ASSURANCE OF BOSTON, through its Agent for Service, CSC Lawyers Incorporating Service - Becky DeGeorge, Agent at 2730 Gateway Oaks Dr. Ste 100, Sacramento, CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $25.00 | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/6/2008
                  Date              Signature of Server

Robert Schabert

Address of Server

Robert Schabert
**California Licensed Private Investigator #11654**
1510 Merkley Avenue, Suite 8
West Sacramento, CA 95691
(916) 373-9065

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.