PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JOANN BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@ropers.com; kcurry@ropers.com; jbabiak@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLA GLOVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST AND THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST<br><br>　　　　Defendants. | CASE NO. CV 08 -0921 EDL<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>[Gen. Order 44 N (d)] |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:**

The undersigned party in the above-captioned civil action hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and

//

//

//

RC1/5087284.1/JUB

LIBERTY LIFE' 'S DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE
CV-08-0921 EDL

1  therefore requests the reassignment of this case to a United States District Judge.

2

3  Dated: March 19, 2008                                ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                                       By: _____
                                                         PAMELA E. COGAN
6                                                        KATHRYN C. CURRY
                                                         JOANN BABIAK
7                                                        Attorneys for Defendant
                                                         LIBERTY LIFE ASSURANCE
8                                                        COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5087284.1/JUB                  - 2 -                 LIBERTY LIFE''S DECLINATION TO PROCEED
                                                         BEFORE A MAGISTRATE JUDGE
                                                         C08-0921-EDL