1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JOANN BABIAK (SBN 209535)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, California 94063
4  Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
5  e-mail: pcogan@ropers.com; kcurry@ropers.com;
   jbabiak@ropers.com
6
   Attorneys for Defendants
7  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; EMPLOYEE
   LONG-TERM DISABILITY PLAN OF GOLDEN WEST

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11                        SAN FRANCISCO DIVISION

12

13 DARLA GLOVER                          CASE NO. CV-08-0921-EDL

14        Plaintiff,

15    v.                                 STIPULATION EXTENDING TIME FOR
                                         DEFENDANTS LIBERTY LIFE
16 LIBERTY LIFE ASSURANCE COMPANY OF     ASSURANCE COMPANY OF BOSTON
   BOSTON AS ADMINISTRATOR AND           AND THE EMPLOYEE LONG-TERM
17 FIDUCIARY OF THE EMPLOYEE LONG-       DISABILITY PLAN OF GOLDEN WEST
   TERM DISABILITY PLAN OF GOLDEN        TO ANSWER PLAINTIFF'S COMPLAINT
18 WEST AND THE EMPLOYEE LONG-TERM
   DISABILITY PLAN OF GOLDEN WEST,       [L.R. 6-1(a)]
19
          Defendants.
20

21

22

23

24

25

26

27

28

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/5087563.1/JUB                        STIPULATION EXTENDING TIME TO ANSWER
                                         CV 08 0921 EDL

IT IS HEREBY STIPULATED by and between plaintiff, DARLA GLOVER, by and through her counsel, and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and the EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST by and through their counsel that defendants shall have up to and including April 9, 2008 to file a response to plaintiff's complaint.

Dated: March 19, 2008

ROBOOSTOFF & KALKIN

By _____
SCOTT KALKIN
Attorneys for Plaintiff
DARLA GLOVER

Dated: March 19, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
PAMELA E. COGAN
KATHRYN C. CURRY
JOANN BABIAK
Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/5087563.1/JUB

-2-

STIPULATION EXTENDING TIME TO ANSWER
CV 08 0921 EDL