1  Scott Kalkin, State Bar No. 120791
   **ROBOOSTOFF & KALKIN**
2  A Professional Law Corporation
   369 Pine Street, Suite 610
3  San Francisco, California 94104
   (415) 732-0282
4
   Attorney for Plaintiff Darla Glover
5

6

7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | Darla Glover                                    ) | ACTION NO.: C-08-0921 MMC
                                                    )
13 |                          Plaintiff,             ) | **PROOF OF SERVICE**
                                                    )
14 | v.                                              )
                                                    )
15 |                                                 )
   Liberty Life Assurance Company of                )
16 | Boston as Administrator and Fiduciary           )
   of the Employee Long-Term Disability             )
17 | Plan of Golden West and the Employee            )
   Long-Term Disability Plan of Golden West,        )
18 |                                                 )
                          Defendants.                )
19 |_____)

20
   //
21

22
   //
23

24 //

25
   //
26

27 _____

28 Proof of Service                              1

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 years and not a party to this action or proceeding. My business address is 369 Pine Street, Suite 610, San Francisco, California 94104, where I am employed:

On March 26, 2008, I caused to be served the following document(s):

**CASE MANAGEMENT CONFERENCE ORDER AND
JUDGE CHESNEY'S STANDING ORDER FOR CIVIL CASES**

__X__ MAIL - placed in the United States mail at San Francisco, California, postage fully prepaid.

_____ PERSONAL SERVICE - delivered by hand to the addressee. (Jetset Couriers)

_____ FAX - same day delivery by facsimile transmission to the addressee's fax number.

__X__ E-FILED - served pursuant to Northern District of California General Order 45.

addressed to the following:

Pamela E. Cogan, Esq.
Ropers, Majeski, et al.
1001 Marshall Street
Redwood City, CA 94063

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008, at San Francisco, California.

/s/
Scott Kalkin

Proof of Service                    2