```
 1  PAMELA E. COGAN (SBN 105089)
    PCOGAN@ROPERS.COM
 2  KATHRYN C. CURRY (SBN 157099)
    KCURRY@ROPERS.COM
 3  JOANN BABIAK (SBN 209535)
    JBABIAK@ROPERS.COM
 4  ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
 5  Redwood City, CA  94063
    Telephone:    (650) 364-8200
 6  Facsimile:    (650) 780-1701

 7  Attorneys for Defendants
    LIBERTY LIFE ASSURANCE COMPANY OF
 8  BOSTON; THE EMPLOYEE LONG TERM
    DISABILITY PLAN OF GOLDEN WEST
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA GLOVER,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as ADMINISTRATOR and FIDUCIARY of THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST and THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST;<br><br>        Defendants. | CASE NO.  CV 08 0921 MMC<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil Local Rule 3-16] |

  Pursuant to Civil L.R. 3-16, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST (hereinafter "defendants") certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this

RC1/5098310.1/JUB

DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES

proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| DARLA GLOVER | Plaintiff, Claimant |
| THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST | Defendant, Plan Administrator |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | Defendant, Insurer and claim administrator |

In addition, the Parent Corporations of Liberty Life Assurance Company of Boston are:

Liberty Mutual Holding Company, Inc.

LMHC Massachusetts Holdings, Inc.

Liberty Mutual Group Inc.

Liberty Mutual Insurance Company

Liberty Mutual Fire Insurance Company.

No publicly held company own 10% or more of Liberty Life Assurance Company of Boston's stock.

Dated: April 7, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
KATHRYN C. CURRY
JOANN BABIAK

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE EMPLOYEE LONG-TERM DISABILITY PLAN OF GOLDEN WEST