UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Darla Glover,
          Plaintiff(s),

Case No. CV-08-0921 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Liberty Life Assurance Co. of Boston,
          Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/12/08

Lee W. Crabkin
Defendant Liberty Life
Assurance Company of Boston

Dated: 5/12/08

Pamela E. Cogan
Attorney for Defendant

Rev. 12/05
RC1/5117968.1/JAW

American LegalNet, Inc.
www.USCourtForms.com