UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Darla Glover,

             Plaintiff(s),

          v.

Liberty Life Assurance Company of
Boston,

             Defendant(s).
                               /

CASE NO. CV-08-00921 MMC

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☒   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
*appreciably more likely to meet their needs than any other form of ADR, must participate in an*
*ADR phone conference and may not file this form. They must instead file a Notice of Need for*
*ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR *(please identify process and provider)* _____

_____

The parties agree to hold the ADR session by:
☒   the presumptive deadline *(The deadline is 90 days from the date of the order*
      *referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____

Dated:    5 - 9 - 0 8

Dated:    5/9/08

                         Scott Kalkin
                         Attorney for Plaintiff

                         Pamela E. Cogan
                         Attorney for Defendant

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

       Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐     Non-binding Arbitration
☐     Early Neutral Evaluation (ENE)
☒     Mediation
☐     Private ADR

Deadline for ADR session
☒     90 days from the date of this order.
☐     other _____


IT IS SO ORDERED.


Dated: __May 12, 2008_____                                        
                                         HONORABLE MAXINE M.
                                         CHESNEY

American LegalNet, Inc.
www.USCourtForms.com