**CIVIL MINUTES**

**E-filing**

**Judge MAXINE M. CHESNEY**

Date: MAY 23 2008

C-08-0921-MMC (MED)

DARLA GLOVER    v    LIBERTY LIFE ASSURANCE Co et al

Attorneys:  SCOTT KALKIN         KATHRYN CURRY

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**                    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

π's motion for summary judgment/trial brief to be filed by 1/16/09, opposition due 1/30/09, reply due 2/6/09. Motion hearing/trial - 2/20/09 @ 9:00.

( ) ORDER TO BE PREPARED BY:    Plntf_____  Deft_____  Court_____

( ) Referred to Magistrate For: _____
     ( ) By Court
(✓) CASE CONTINUED TO  11/7/08 @ 9:00  for π's motion re: standard of review
                                       (file by 10/3/08, opposition due 10/17/08, reply due 10/24/08)

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date_____    Trial Date_____    Set for ____ days
                        Type of Trial: ( )Jury   ( )Court
Notes: _____

(18 min)