# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Glover, <br><br> Plaintiff(s), <br><br> v. <br><br> Liberty Life Assurance Company of Boston, <br><br> Defendant(s). | 08-00921 MMC MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Charles S. Loughran**
Mediator, Arbitrator & Fact-Finder
6318 Bullard Dr.
Oakland, CA 94611
510-339-1970
chuckloughran@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00921 MMC MED                    - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: June 3, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00921 MMC MED              - 2 -