PAMELA E. COGAN (SBN 105089)
JOANN BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
pcogan@ropers.com
jbabiak@ropers.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON AND THE EMPLOYEE LONG TERM
DISABILITY PLAN OF GOLDEN WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLA GLOVER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE EMPLOYEE LONG TERM DISABILITY PLAN OF GOLDEN WEST<br><br>　　　　　Defendants. | CASE NO.  CV 08-0921 MMC<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**TO THE COURT AND THE PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney is no longer with the law firm representing defendants in this action and is, therefore, no longer counsel of record in this case:

　　　　Kathryn C. Curry (SBN 157099)

　　　　E-mail address:  kcurry@ropers.com

---

RC1/5130400.1/KCC              - 1 -              NOTICE OF CHANGE OF ATTORNEY
                                                  INFORMATION - CASE NO. CV 08-0921 MMC

| | |
|---|---|
| Dated: June 4, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: _____<br>PAMELA E. COGAN<br>JOANN BABIAK<br>Attorneys for Defendants<br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE EMPLOYEE LONG TERM DISABILITY PLAN OF GOLDEN WEST |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5130400.1/KCC

- 2 -

**NOTICE OF CHANGE OF ATTORNEY INFORMATION** - CASE NO. CV 08-0921 MMC