IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARLA GLOVER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,

    Defendants.
_____/

No. C 08-0921 MMC

**ORDER OF DISMISSAL**

The Court having been advised by the ADR Case Administrator that the parties have notified the Court that the instant action was settled prior to the mediation set for August 22, 2008, (see Docket Entry, dated August 26, 2008),

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: August 27, 2008

                                                  MAXINE M. CHESNEY
                                                United States District Judge