SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
Tel: (415) 732-0282
Facsimile: (415) 732-0287
Email: robokalk@earthlink.net

Attorney for Plaintiff
DARLA GLOVER

PAMELA E. COGAN (SBN 105089)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com
       jwilliams@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON; THE EMPLOYEE LONG TERM
DISABILITY PLAN OF GOLDEN WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLA GLOVER,<br><br>  Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE EMPLOYEE LONG TERM DISABILITY PLAN OF GOLDEN WEST<br><br>  Defendants. | CASE NO. CV 08-0921 MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Darla Glover and defendants Liberty Life Assurance Company of Boston and the Employee Long Term Disability Plan of Golden West (collectively "defendants"), through their respective counsel of

RC1/5182205.1/JAW

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL
CASE NO. CV 08-0921 MMC

record, that the above-captioned action and all claims alleged therein against Defendants shall be and hereby are dismissed with prejudice; and that each party shall bear its own fees and costs incurred in this action.

**IT IS SO STIPULATED.**

Dated: September 16, 2008

ROBOSTOFF & KALKIN

By: /s/ Scott Kalkin
SCOTT KALKIN

Attorneys for Plaintiff
DARLA GLOVER

Dated: September 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
JENNIFER A. WILLIAMS

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE EMPLOYEE LONG TERM DISABILITY PLAN OF GOLDEN WEST

## ORDER

**IT IS SO ORDERED.** This action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: September 19, 2008

/s/ Maxine M. Chesney
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

RC1/5182205.1/JAW — - 2 - — STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. CV 08-0921 MMC